UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 20-0195 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAVEREA COCKERM | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the Court is a filing captioned as a "supplemental brief" filed by Defendant Javerea Cockerm ("Cockerm"). Record Document 58. In the filing, Cockerm seeks to supplement his motion to reduce sentence pursuant to Amendment 821[1] [Record Document 52]. Cockerm submits that in considering his motion pursuant to Amendment 821, the Court should recalculate Cockerm's criminal history and sentence because of Cockerm's young age. *See id.* at 2. The Court denied Cockerm's motion pursuant to Amendment 821 on December 11, 2024. *See* Record Document 57. Therefore, the Court interprets Cockerm's instant filing as a new motion to modify sentence.[2] Cockerm's new motion seeks relief pursuant to Amendment 829, the 2024 "Youthful Offender Amendment." *See* Record Document 58 at 2.

Cockerm raised the Youthful Offender Amendment in his original motion pursuant to Amendment 821. *See* Record Document 52. However, as the Court explained in its

---

[1] All "Amendments" referred to herein are amendments to the United States Sentencing Guidelines.

[2] Cockerm is a *pro se* Defendant. Courts may liberally construe filings by *pro se* parties. *Grant v. Cuellar*, 59 F.3d 523, 524 (5th Cir. 1995).

denial of Cockerm's first motion, Cockerm is not entitled to relief pursuant to Amendment 829:

> The Youthful Offender Amendment amends § 5H1.1 to provide that, at sentencing, a "downward departure may be warranted due to the defendant's youthfulness at the time of the prior offenses." The Sentencing Commission has not made the Youthful Offender Amendment retroactive. Therefore, Cockerm is not entitled to request a recalculation of his sentence based on the Guideline change.

Record Document 57 at 6. Since the Court denied Cockerm's last motion, there have not been any changes of law that would alter the Court's conclusion. Cockerm is not eligible for relief under the Youthful Offender Amendment.

Accordingly, Cockerm's motion to reduce sentence pursuant to Amendment 829 [Record Document 58] is hereby **DENIED**.

**THUS DONE AND SIGNED** this 13th day of January, 2025.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE